UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:19-CR-143 |
| | ) |
| WILLIAM MICHAEL EMONDS | ) |

## **MEMORANDUM AND ORDER**

Now before the Court is the defendant's unopposed third motion to continue trial. [Doc. 17]. The defense states that approximately 30 additional days are needed to complete a full investigation of the case in order to properly advise the defendant of the best potential resolution. The motion further states that counsel's ability to discuss the case with the defendant has been impacted by the defendant's pretrial detention outside of this district. The defendant concedes that "the period of time between the filing of this motion for continuance and a rescheduled court date will be fully excludable for speedy trial purposes."

The Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is

excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The motion [doc. 17] is **GRANTED**. Trial is **CONTINUED** from March 25, 2020, to **Tuesday, May 19, 2020, at 9:00 a.m.** in Knoxville. The new plea cutoff date is May 1, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge