UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:19-CR-143 |
| ) | |
| WILLIAM MICHAEL EMONDS ) | |

## **O R D E R**

On October 13, 2020, United States Magistrate Judge C. Clifford Shirley conducted a change of plea hearing and filed a Report and Recommendation ("R&R") recommending: (1) that the Court find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) that the defendant's plea of guilty to the charges in Counts One and Two of the indictment be accepted; (3) that the defendant be found guilty of those charges; (4) that a decision on whether to accept the plea agreement be deferred until sentencing; and (5) that the defendant remain in custody until his sentencing hearing. [Doc. 26]. No objections have been filed to the R&R, and the time for doing so has now passed. *See* Fed. R. Crim. P. 59(b)(2).

The Court has thoroughly reviewed the R&R. Having done so, Magistrate Judge Shirley's R&R [doc. 26] is **ACCEPTED** and **ADOPTED** in full.

Pursuant to 28 U.S.C. § 636(b)(1), it is **ORDERED** that:

1. The plea hearing conducted in this case on October 13, 2020, could not
have been further delayed without serious harm to the interests of justice;

2. The defendant's plea of guilty to the charges in Count One of the indictment, that is, of knowingly possessing a firearm as a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1), and Count Two, that is, of possessing an unregistered firearm, in violation of 26 U.S.C. § 5861(d), is **ACCEPTED**;

3. The defendant is **ADJUDGED** guilty of Counts One and Two of the indictment;

4. The decision whether to accept the parties' plea agreement is **DEFERRED** until sentencing; and

5. The defendant shall remain in custody until sentencing, which is scheduled to take place on **Tuesday, March 2, 2021, at 10:45 a.m.** in Knoxville.

    **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge